UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. WALKER, II,<br><br>        Petitioner,<br><br>  v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>        Respondent. | 1:11-00585-AWI-SKO-HC<br><br>ORDER PERMITTING RESPONDENT TO FILE A REPLY TO PETITIONER'S AMENDED OPPOSITION (DOC. 33) NO LATER THAN TWENTY (20) DAYS AFTER SERVICE OF THIS ORDER<br><br>ORDER PERMITTING PETITIONER TO FILE A SUR-REPLY NO LATER THAN TWENTY (20) DAYS AFTER SERVICE OF A REPLY |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

    Pending before the Court is Respondent's motion to dismiss. Petitioner has filed an amended opposition to the motion without leave of Court or a request for such leave.  The Court will consider Petitioner's amended opposition despite Petitioner's failure to obtain leave to file amended opposition.

    Respondent may FILE a reply to the amended opposition no later than twenty (20) days after the date of service of this order.

1

1 | Petitioner may FILE a sur-reply to any reply filed by
2 | Respondent no later than twenty (20) days after the date of
3 | service of any reply by Respondent.
4 | Thereafter, absent further order of the Court, the matter
5 | will be deemed submitted for preparation of findings and
6 | recommendations on the merits of the motion to dismiss.
7 |
8 | IT IS SO ORDERED.
9 | **Dated:    October 3, 2012**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE