UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL E. WALKER, II, | ) | 1:11-00585-AWI-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER PERMITTING RESPONDENT TO |
| | ) | FILE A REPLY TO PETITIONER'S |
| | ) | AMENDED OPPOSITION (DOC. 33) NO |
| v. | ) | LATER THAN TWENTY (20) DAYS AFTER |
| | ) | SERVICE OF THIS ORDER |
| DOMINGO URIBE, JR., Warden, | ) | |
| | ) | ORDER PERMITTING PETITIONER TO |
| Respondent. | ) | FILE A SUR-REPLY NO LATER THAN |
| | ) | TWENTY (20) DAYS AFTER SERVICE OF |
| | ) | A REPLY |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

Pending before the Court is Respondent's motion to dismiss. Petitioner has filed an amended opposition to the motion without leave of Court or a request for such leave. The Court will consider Petitioner's amended opposition despite Petitioner's failure to obtain leave to file amended opposition.

Respondent may FILE a reply to the amended opposition no later than twenty (20) days after the date of service of this order.

1

Petitioner may FILE a sur-reply to any reply filed by Respondent no later than twenty (20) days after the date of service of any reply by Respondent.

Thereafter, absent further order of the Court, the matter will be deemed submitted for preparation of findings and recommendations on the merits of the motion to dismiss.

IT IS SO ORDERED.

**Dated:   October 3, 2012**                                    /s/ Sheila K. Oberto
                                                                              UNITED STATES MAGISTRATE JUDGE